UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAKER TILLY VIRCHOW KRAUSE, LLP, <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON INSURANCE CO., <br><br> Defendant. | No. 3:12-cv-00381-wmc |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Baker Tilly Virchow Krause, LLP ("Baker Tilly") and Lexington Insurance Co. ("Lexington") hereby stipulate that this action and all claims asserted herein have been resolved and further stipulate that all of Baker Tilly's claims be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Accordingly, the undersigned respectfully request that the Court enter an order dismissing all of Baker Tilly's claims with prejudice, ordering each party to bear its own attorneys' fees and costs, and terminating this action.

-2-

DATED: November 8, 2012

s/ *Andrew B. Coursin*
Timothy W. Burns
TBurns@perkinscoie.com
David E. Jones
DeJones@perkinscoie.com
Andrew B. Coursin
DCoursin@perkinscoie.com
**Perkins Coie LLP**
One East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: 608.663.7460
Facsimile: 608.663.7499

Attorneys for Plaintiff
Baker Tilly Virchwo Krause, LLP

DATED: November 8, 2012

s/ *Mark M. Leitner*
Stephen E. Kravit
kravit@kravitlaw.com
Mark M. Leitner
leitner@kravitlaw.com
Benjamin R. Prinsen
prinsen@kravitlaw.com
**Kravit, Hovel & Krawczyk S.C.**
825 North Jefferson – Fifth Floor
Milwaukee, WI 53202
Telephone: 414.271.7100

Attorneys for Defendant
Lexington Insurance Co.